# UNITED STATES DISTRICT COURT
## for the
### EASTERN DISTRICT OF WISCONSIN

*In the Matter of the Search of*

**An Express Mail Parcel bearing # EG 472729656 US. The parcel is an envelope which measures 15 inches by 9 ½ inches and weighs 8 ounces. The parcel bears a handwritten label addressed to Ryan Shultz, 945 Taraval St., # 408, San Francisco, CA. 94116, with a return address of Ken Plumb, 6183 Highland Ln., #2, Greendale, WI 53129. The parcel was postmarked on October 11, 2011 at Greendale, WI 53129.**

**Case Number:** 11- M -284

U.S. District Court
Eastern District of Wis.
    I hereby certify that this is a true and correct copy of the original now remaining of record in my office.
        PATRICIA J. GORENCE
        U.S. Magistrate Judge
DATED: 10/25/11
By: CLERK

## APPLICATION & AFFIDAVIT FOR SEARCH WARRANT

I, Mark Spellman, a federal law enforcement officer, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property:

**An Express Mail Parcel bearing # EG 472729656 US. The parcel is an envelope which measures 15 inches by 9 ½ inches and weighs 8 ounces. The parcel bears a handwritten label addressed to Ryan Shultz, 945 Taraval St., # 408, San Francisco, CA. 94116, with a return address of Ken Plumb, 6183 Highland Ln., #2, Greendale, WI 53129. The parcel was postmarked on October 11, 2011 at Greendale, WI 53129.**

located in the Eastern District of Wisconsin there is now concealed: **Please see attached affidavit, which is hereby incorporated by reference.**

The basis for the search warrant under Fed. R. Crim. P. 41(c) is which is (check one or more):

✓ evidence of a crime;
✓ contraband, fruits of a crime, or other items illegally possessed;
❑ property designed for use, intended for use, or used in committing a crime;
❑ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

Title 21, United States Code, Sections 843(b).

The application is based on these facts:

✓ Continued on the attached sheet, which is incorporated by reference.
❑ Delayed notice of _____ days (give exact ending date if more than 30 days: _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

Applicant's signature
Name and Title: MARK D SPELLMAN PORTAL INSPECT

Sworn to before me, and signed in my presence.

Date *Oct 25* , 2011

City and state: Milwaukee, Wisconsin

Judge's signature
THE HONORABLE PATRICIA J. GORENCE
United States Magistrate Judge
Name & Title of Judicial Officer

AFFIDAVIT

I, Mark D Spellman, being duly sworn on oath, state as follows:

1.      I am a United States Postal Inspector currently assigned to the Milwaukee Field Office of the United State Postal Inspection Service. I have been employed as a Postal Inspector for over 21 years. My primary duties include investigating the transportation of controlled substances or proceeds/payments through the U. S. Mail.  As a Postal Inspector, I have been involved in hundreds of investigations of narcotics trafficking through the United States mail. Based upon my experiences as a federal law enforcement officer, I know that the United States mails are sometimes used to deliver controlled substances and payment/proceeds thereof.

2.      The information contained in this affidavit is either the result of personal observations and investigation, the review of law enforcement files or records, postal records, or has been relayed to me by other law enforcement agents or citizen witnesses, all of whom I believe to be reliable.

3.      This affidavit is made in support of a search warrant for the SUBJECT PARCEL described below in paragraph 4, for items which constitute the fruits, instrumentalities, and evidence of violations of Title 21, United States Code, Sections 841(a)(1) (Distribution and Possession with Intent to Distribute a Controlled Substance) and 843(b) (Unlawful Use of a Communication Facility to Facilitate the Distribution of a Controlled Substance).

4.      This affidavit is made in support of an application for a search warrant for United States Postal Service Express Mail Parcel # EG 472729656 US (the SUBJECT PARCEL). The SUBJECT PARCEL is a USPS 15" x 9 1/2" envelope that weighs 8

1

ounces. The parcel bears a handwritten label addressed to Ryan Shultz, 945 Taraval St., # 408, San Francisco, CA. 94116, with a return address of Ken Plumb, 6183 Highland Ln., #2, Greendale, WI 53129. The SUBJECT PARCEL was postmarked on October 11, 2011 at Greendale, WI 53129.

5.      The following are items to be seized from the SUBJECT PARCEL, which constitutes the fruits, instrumentalities, and evidence of violations of Title 21, United States Code, Sections 841(a)(1) (Distribution and Possession with Intent to Distribute a Controlled Substance) and 843(b) (Unlawful Use of a Communication Facility to Facilitate the Distribution of a Controlled Substance):

a.      Any controlled substance

b.      Currency, money orders, bank checks, or similar monetary instruments in quantities over $100

6.      On October 12, 2011, Inspector Spellman was contacted by Oak Creek Police Department Officer Manojlo Verzich. Officer Verzich said his agency had just conducted a search warrant at the address of Ken Plumb, 6183 Highland Ln., #2, Greendale, WI 53129. In addition to drugs and drug paraphernalia found at the address, Verzich found the customer copy of the receipt for the suspect parcel described in paragraph 4 above. Based on my training and experience drug traffickers will often use express mail, which is the USPS overnight/next day delivery product/service. Drug traffickers sometimes use the express mail delivery services because of their speed, reliability, and the ability to track the article's progress to the intended delivery point. Also, Officer Verzich told me that during his interview of Ken Plumb, Mr. Plumb admitted that the Express Mail Envelope described in Paragraph 4 contained $4,000, in $100 bills, hidden inside two comic books. Mr. Plumb also told Officer Verzich that the

2

$4,000 was payment for the marijuana he was selling. The officer told this affiant that Mr. Plumb provided verbal consent to the officer to open the mailing. (However, out of an abundance of caution, and not withstanding the consent given the officer by Mr. Plumb, this affiant is also seeking a search warrant for the package and its contents.)

7. On October 12, 2011, I contacted Postal Inspectors in San Francisco and provided them with the description of the mailing from Milwaukee and requested them to intercept the mailing and return it to me. On October 13, 2011, I was contacted by Inspectors from San Francisco that they had located the Express Mail envelope described in paragraph 4 and were returning it to me.

8. On October 17, 2011, I received the Express Mail envelope described in paragraph 4 and brought it to the Inspection Service Office where it has remained under my control awaiting the return of Officer Verzich from vacation.

9. I believe that, based upon the evidence described above, there is probable cause to indicate that the contents of the SUBJECT PARCEL, addressed to Ryan Shultz, 945 Taraval St., # 408, San Francisco, CA 94116, is drug related, and thus constitutes the fruits, instrumentalities, and evidence of violation of Title 21, United States Code, Sections 841(a)(1) (Distribution and Possession with Intent to Distribute a Controlled Substance) and 843(b) (Unlawful Use of a Communication Facility to Facilitate the Distribution of a Controlled Substance).

3